IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TONY WAYNE MCELYEA, AIS # 252682 | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-169-WKW [WO] |
| CHRISTOPHER GORDY, *et al.*, | ) ) | |
| Respondents. | ) | |

## **ORDER**

On March 30, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED; and

2. McElyea's action is TRANSFERRED to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1631.

The Clerk of the Court is DIRECTED to effectuate the transfer.

DONE this 27th day of June, 2017.

                               /s/ W. Keith Watkins
                         CHIEF UNITED STATES DISTRICT JUDGE